IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 5:14-CR-7-CAR |
| vs. : | |
| : | VIOLATIONS: 18 U.S.C. 1349 |
| LATARSHIA NICOLE GRANT : | |
| : | |
| DEFENDANT : | |
| _____ : | INDICTMENT |

**THE GRAND JURY CHARGES:**

COUNT ONE
CONSPIRACY TO COMMIT HEALTH CARE FRAUD
18 U.S.C. 1349

1.  During a period beginning on or about October 23, 2009, and continuing through on or about November 8, 2010, in the Middle District of Georgia, and elsewhere, the Defendant Latarshia Grant did knowingly and willfully combine, conspire, confederate and agree with J.E., whose identity is known to the Grand Jury, and with others both known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1347, that is, to execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b) and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the

custody and control of said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services.

2. At all times material to this Information, the co-conspirator, J.E. was employed by National Reimbursement Group (NRG) as an account manager.

3. NRG is a national billing service located within the Middle District of Georgia, which provides healthcare billing services for ambulance companies and other health care providers.

4. At all times material to this Indictment, Mecklenburg Emergency Medical Services Agency (MEDIC) provided ambulance services in and around Charlotte, North Carolina. MEDIC contracted with NRG to provide billing and collection services on behalf of MEDIC.

5. Co-conspirator, J.E., as part of her duties and responsibilities for NRG, would identify individual health care patients of MEDIC who were entitled to refund checks due to overpayment by the individual patients or their insurance providers. As the account manager for the MEDIC account, Defendant would direct MEDIC to issue refund checks to individual patient beneficiaries.

6. As part of the conspiracy, co-conspirator J.E. used her position with NRG as the manager of the MEDIC account to fraudulently create a series of

false refund checks, payable to various individuals in the Charlotte, North Carolina area, who were not entitled to the MEDIC refunds.

7. Defendant Latarshia Grant provided co-conspirator J.E. with the names and addresses of friends and relatives of Defendant in the Charlotte, North Carolina area, so that J.E. could fraudulently create false refund checks in the names of these individuals.

8. Co-conspirator J.E. would alter actual invoices, falsely representing to MEDIC that the individuals were entitled to receive a refund. The co-conspirator would then fraudulently cause MEDIC to issue bogus checks to these individuals, whose names she had received by Defendant Grant, as shown below, in the attached chart:

| Name | Check # | Check Date | Address | Amount |
|---|---|---|---|---|
| T.B. | 57000 | 9/3/2010 | 12701 Oldehurst Place Charlotte NC 28262 | $971.00 |
| T.G. | 53462 | 11/3/2009 | 12701 Oldhurst Place Charlotte, NC 28262 | $838.00 |
| T.F. | 57731 | 10/25/2010 | 1683 Davenport Court Rock Hill SC 29732 | $923.00 |
| L.W. | 55339 | 4/23/2010 | 1924 E. 7th Street Charlotte, NC 28204 | $873.00 |
| J.F. | 53713 | 11/25/2009 | 5229 Ficus Tree Lane Charlotte NC 28215 | $1,003.00 |
| T.G. | 53287 | 10/23/2009 | 6119 Nevin Road Charlotte, NC 28262 | $748.00 |
| T.G. | 54109 | 1/15/2010 | 6119 Nevin Road Charlotte, NC 28262 | $748.00 |
| A.M. | 57874 | 11/8/2010 | 840 rose Terrace Apt 201 Charlotte NC 28215 | $939.00 |

9. Co-conspirator J.E. provided Defendant with instructions and a bank account number for a Suntrust Bank account.

10. Defendant would thereafter deposit the wrongfully issued checks into the Suntrust account, and would then electronically transmit a portion of the funds to a bank account controlled by co-conspirator J.E., who would appropriate the funds to her own use.

11. It was part of the conspiracy that Defendant would share in the proceeds from the fraudulent refund checks, thereby appropriating funds to her own use.

All in violation of Title 18, United States Code, Section 1349, in connection with Title 18 United States Code, Section 1347.

A TRUE BILL.

S/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

GRAHAM A. THORPE
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11th day of February, AD 2014.

Deputy Clerk